Ronald J. Reosti, Trial Attorney, Reosti, James & Sirlin, Pleasant Ridge, MI, for Plaintiff-Appellant.

John R. Canzano, Klimist, McKnight, Sale, McClow & Canzano, Southfield, MI, for Defendant-Appellee.

Before: BOGGS, Chief Judge; BATCHELDER and COOK, Circuit Judges.

COOK, Circuit Judge.

Terrance Lombard appeals the decision of the district court to enter summary judgment for the UAW International Union and its Local 174 chapter. Lombard sued the defendants-appellees for breaching their duty of fair representation in a grievance against his employer, Chrome Craft Corporation. After reviewing the record, the applicable law, and the parties' briefs, we find that the district court carefully and correctly set forth the facts and the governing law. This court's issuance of a full opinion would serve no jurisprudential purpose and would be duplicative, and so we affirm the grant of summary judgment, adopting the reasoning of the district court's opinion of February 7, 2008, 2008 WL 344540.

**In re: Kenneth M. MITAN, Debtor,**

Kenneth M. Mitan, Plaintiff–Appellant,

v.

Charles J. Taunt; Jerome F. Corr; Frandorson Properties; Leonard A. Duval; Heinz Rode, Defendants–Appellees.

Nos. 07–1801, 07–1802, 07–1805.

United States Court of Appeals, Sixth Circuit.

Oct. 20, 2009.

Before: MARTIN, ROGERS, and COOK, Circuit Judges.

PER CURIAM.

In this consolidated appeal, Kenneth Mitan takes issue with the district court's affirmances of the bankruptcy court's grants of summary judgment to the defendants. Having reviewed the briefs and records in these cases, we concur with the district court's well-reasoned opinions and **AFFIRM** those judgments. *Mitan v. Taunt,* No. 06–15114, 2007 WL 1424225 (E.D.Mich. May 10, 2007); *Mitan v. Corr, et al.,* No. 06–15115, 2007 WL 1452935 (E.D.Mich. May 10, 2007); and *Mitan v. Duval, et al.,* No. 06–15116, 2007 WL 1452940 (E.D.Mich. May 10, 2007).